## THE DAYTON.

### FLANNERY et al. v. THE DAYTON.

(District Court, E. D. New York. November 16, 1897.)

SALVAGE COMPENSATION—BURNING LIGHTER.
$2,000 awarded on a salved value of $14,000. for the services of 16 tugs, occupying about two hours, in extinguishing a fire on a lighter and beaching the latter, with slight risk to either the persons or property of the salvors: the amount to be distributed, two-thirds to the various owners of the tugs, and one-third to the crews, in proportion to their wages.

These were libels by the owners of 16 tugs against the steam lighter Dayton and her cargo, to recover salvage. The suits were consolidated on motion.

Cowen, Wing, Putnam & Burlingham, for the Atwood and five other tugs.

Peter S. Carter, for the Hudson and four other tugs.

Alexander & Ash, for the J. & J. McCarthy.

Hyland & Zabriskie, for the Atalanta and two other tugs.

Stewart & Macklin, for the John D. Pratt.

Wilcox, Adams & Green, for claimants.

TENNEY, District Judge. On July 5, 1894, the steam lighter Dayton, about 105 feet in length, was proceeding from the Atlantic

docks to Jersey City, and when near Governor's Island, in the East river, a fire broke out in her cargo. She at once sounded her alarm signal, and 16 tugs, lying in and about the harbor of New York, hastened with commendable promptness to the aid of the imperiled lighter. Her cargo was very inflammable, consisting of 45 bags of nitrate of soda, 51 coils of old rigging, 19 cases of dolls, and 78 bales of old bagging. The day was pleasant; the hour of the fire opportune, being between 3:45 and 5:30 o'clock in the afternoon; the wind was blowing lightly from the northwest; the risk to the property and danger to the persons of the salvors slight; the time employed in extinguishing the flames and beaching the lighter was about two hours. The amount of property saved, including cargo, was a fraction over $14,000. The claimants' steam tug Van Houten, and the New York Central boat, No. 13, rendered excellent service, but make no claim for same. Taking into consideration this fact, and after a careful consideration of the evidence and all the circumstances attending this fire, I am of the opinion that $2,000 would be a fair and reasonable award, the same to be apportioned among the several tugs as follows: Hudson and Atalanta, $325 each; Municipal, $200; Bentley, $175; Pratt, $150; Garrison, Dinsdale, and Dumont, $125 each; Leader, Fuller, and Petty, $100 each; Welcome, McCarthy, Atwood, Raymond, and Lohman, $30 each. The sums awarded to be distributed as follows: Two-thirds to the owners, and one-third to the crew, in proportion to their wages. Let decree be entered accordingly, with costs.